**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CR-4090-BCW-1 |
| | ) | |
| SHERRY KUUIPO PAULO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 22, 2019, a two-count Information was filed charging Defendant in Count One with Deprivation of Rights Under Color of Law in violation of 18 U.S.C. § 242, and in Count Two with Health Care Fraud in violation of 18 U.S.C. § 1347. (Doc. 7). On the same date, Defendant was ineligible for bond due to pending state charges. Thus, the Court finds that Defendant's detention is warranted at this time. Defendant is hereby remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i).

IT IS SO ORDERED.

Dated this 22nd day of November, 2019, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge